IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARKEL INSURANCE COMPANY<br><br>*Plaintiff*<br><br>v.<br><br>HOLY FAMILY INSTITUTE<br><br>*Defendant* | :<br>:<br>:<br>:<br>:<br>:<br>: NO: 2:21-CV-00950-CCW<br>:<br>:<br>:<br>:<br>:<br>: |

## JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT

The parties having resolved all disputes and executed a Confidential Settlement Agreement and Mutual Release of All Claims, Plaintiff, Markel Insurance Company, and Defendant, Holy Family Institute, respectfully request that the Court enter the Consent Judgment attached hereto as Exhibit A, which has been executed by all parties.

                                               **WHITE AND WILLIAMS LLP**

Date: December 24, 2021        */s/ Edward M. Koch*
                                              Edward M. Koch, Esquire
                                              Pa. Supreme Ct. No. 76337
                                              koche@whiteandwilliams.com
                                              1650 Market Street,
                                              Suite 1800
                                              Philadelphia, PA 19103-7395
                                              (215) 864.6319
                                              *Attorney for Plaintiff Markel Insurance Company*

28160912v.1

|  |  |
|---|---|
|  | **K&L GATES LLP** |
| Date: December 24, 2021 | */s/ Lucas J. Tanglen* <br> Michael A. Pavlick <br> Pa. Supreme Ct. No. 60914 <br> michael.pavlick@klgates.com <br> Thomas M. Reiter <br> Pa. Supreme Ct. No. 47455 <br> thomas.reiter@klgates.com <br> Lucas J. Tanglen <br> Pa. Supreme Ct. No. 311404 <br> lucas.tanglen@klgates.com <br> K&L Gates LLP <br> 210 Sixth Avenue <br> Pittsburgh, PA 15222 <br> Tel: (412) 355-6500 <br> Fax: (412) 355-6501 <br> *Counsel for Defendant Holy Family Institute* |